| | | |
|---|---|---|
| GREAT LAKES REINSURANCE (UK), PLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 3:15-cv-00169 |
| WATERFRONT INVESTMENTS, GP | ) | |
| d/b/a Stardust Marina and Resort; and | ) | (VARLAN/SHIRLEY) |
| MOUNTAIN COMMERCE BANK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

Come now all Parties to this action, by and through their attorneys of record as set forth below, and announce that all matters between them have been compromised and settled pursuant to a private settlement agreement. The Parties request that the Pretrial Conference for Monday April 17, 2017, be cancelled and that an Order of Compromise and Dismissal be entered dismissing with full prejudice as to any future refiling the original complaint filed by Great Lakes and the counterclaims filed by Waterfront and Mountain Commerce Bank.

/s/ *Michael G. Derrick*
Michael G. Derrick     TN BPR 14820
Christopher H. Crain TN BPR 19900
Shuttleworth Williams, PLLC
22 North Front Street, Suite 850
Memphis, TN 38103
(901) 526-7399
mderrick@shuttleworthwilliams.com
Attorneys for Great Lakes Reinsurance

1

/s/ **Brian C. Quist**

Brian C. Quist, TN BPR 012762
Ryan E. Jarrard, TN BPR 024525
Quist, Fitzpatrick & Jarrard, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
(865) 524-1873
bcquist@QCFlaw.com
rej@QCFlaw.com
Attorneys for Waterfront Inv., GP

/s/ **D. Michael Tranum**

D. Michael Tranum TN BPR 005392
P. O. Box 3800
Johnson City, TN 37602
(423) 330-5400
tranumlaw@embarqmail.com
Attorney for Mountain Commerce Bank