UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GREAT LAKES REINSURANCE )<br>(UK), PLC, )<br>      )<br>   Plaintiff, )<br>v.   ) <br>      )<br>WATERFRONT INVESTMENTS, GP )<br> d/b/a  Stardust Marina and Resort; and )<br>MOUNTAIN COMMERCE BANK, )<br>      )<br>   Defendants. )<br>      ) | No.:  3:15-cv-169-TAV-CCS |

## ORDER OF COMPROMISE AND DISMISSAL

Come now the Parties, by and through their attorneys as evidenced by the signatures of counsel below, and announce to the Court that all matters between them at issue in this litigation have been compromised and settled. Accordingly,

It is **ORDERED** that the original Complaint filed by Great Lakes Reinsurance (UK), PLC PLC, now known as Great Lakes Reinsurance SE; the Counterclaim filed by Waterfront Investments, GP, and the Counterclaim filed by Mountain Commerce Bank are each **DISMISSED** with full prejudice as to any future refiling.

The Clerk is **DIRECTED** to close the case.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

/s/ *Michael G. Derrick*
Michael G. Derrick    TN BPR 14820
Christopher H. Crain TN BPR 19900
Shuttleworth Williams, PLLC
22 North Front Street, Suite 850
Memphis, TN  38103
(901) 526-7399
mderrick@shuttleworthwilliams.com
Attorneys for Great Lakes Reinsurance


/s/ *Brian C. Quist*
Brian C. Quist, TN BPR 012762
Ryan E. Jarrard, TN BPR 024525
Quist, Fitzpatrick & Jarrard, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
(865) 524-1873
bcquist@QCFlaw.com
rej@QCFlaw.com
Attorneys for Waterfront Inv., GP


/s/ *D. Michael Tranum*
D. Michael Tranum TN BPR 005392
P. O. Box 3800
Johnson City, TN  37602
(423) 330-5400
tranumlaw@embarqmail.com
Attorney for Mountain Commerce Bank